Matter of Foster (2025 NY Slip Op 06009)

Matter of Foster

2025 NY Slip Op 06009

Decided on October 30, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 30, 2025

PM-241-25
[*1]In the Matter of Mary-Jane Foster, an Attorney. (Attorney Registration No. 2724433.)

Calendar Date:October 27, 2025

Before:Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and Fisher, JJ.

Mary-Jane Foster, Hartford, Connecticut, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Mary-Jane Foster was admitted to practice by this Court in 1996 and lists a business address in Hartford, Connecticut with the Office of Court Administration. Foster now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Foster's application.
Upon reading Foster's affidavit sworn to August 25, 2025 and filed September 5, 2025, and upon reading the October 24, 2025 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Foster is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Clark, J.P., Aarons, Pritzker, Reynolds Fitzgerald and Fisher, JJ., concur.
ORDERED that Mary-Jane Foster's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Mary-Jane Foster's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Mary-Jane Foster is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Foster is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Mary-Jane Foster shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.